IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-1662 (CRC) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please substitute Assistant United States Attorney John C. Truong for AUSA Johnny Walker as counsel of record for the United States.

November 10, 2021

Respectfully submitted,

  /s/ *John C. Truong*
JOHN C. TRUONG
D.C. Bar No. 465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2524
john.truong@usdoj.gov