UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 21-1662 (CRC) |

## JOINT STATUS REPORT

Plaintiff, Citizens United, and Defendant, the United States Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's minute order dated July 7, 2023.

1.    This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

2.    As reported in the last joint status report on July 5, 2023, the Department expects that the recent narrowing agreements in paragraph 9(a)–(c) should reduce the total number of responsive records leading to a quicker resolution of this case.  The Department was unable to provide updated processing estimates for the unclassified records, because they were already loaded into the review queue and some of the agreed narrowing will still require close examination of the records.

3. However, since the last joint status report on July 5, 2023, the Department has worked to identify the records on its unclassified systems from February 2021 that, pursuant to the recent narrowing agreements, are now deemed nonresponsive. The Department identified 250 records from February 2021, totaling 5,559 pages, that were in the processing pipeline and have been removed from the queue.

4. Since the last joint status report on July 5, 2023, the Department has issued an additional production on August 1, 2023, which accounted for the (a) February 2021 records removed from the universe of potentially responsive documents; and (b) 215 additional pages of responsive records that were processed and released in part to Plaintiff. Certain information was withheld from the production pursuant to FOIA Exemption 6. The foregoing satisfies the Department's processing rate commitment, pursuant to agreement with the Plaintiff to count one page for each record from February 2021 that was identified and removed from the processing pipeline as non-responsive pursuant to the recent narrowing agreements.

5. The Department advises that 328 potentially responsive unclassified records remain outstanding, which consist of approximately 4,500 pages of potentially responsive material. The Department anticipates processing of these records by early 2025.

6. The parties' agreement in paragraph 9(d) has allowed the Department to narrow the scope of the request as to the classified records. The Department has identified 605 potentially responsive classified records, which consist of approximately 4,894 pages of potentially responsive material.

7. The Department currently anticipates making its next production on September 12, 2023.

**Prior Agreements**

8. The Department will continue to make rolling productions every six weeks until processing is complete with a good faith effort to process 450 pages per production cycle. With respect to Plaintiff's request that the Department provide the exact number of pages processed each production cycle, as a means of providing further transparency concerning the Department's satisfaction of its good faith effort to process an average of 450 pages every six weeks, the Department has agreed to report the number of potentially responsive records and approximate number of pages processed during each production cycle in its production letters going forward.

9. The parties have conferred about narrowing the scope of the FOIA request and reached the following agreements:

   a. Plaintiff has agreed that records that do not relate to the origins of Covid-19 shall be deemed nonresponsive to the request.

   b. Plaintiff has agreed that publicly available records shall be deemed nonresponsive to the request.

   c. Since the last status report, the parties have agreed that records from the month of February 2021 shall be deemed nonresponsive to the request. Documents that appear undated are treated as falling within the updated date range for the request (i.e., March 1, 2021 to April 8, 2021).

   d. With respect to the classified records, the parties agree to narrow the scope of the request as follows: (a) eliminating the month of February 2021, by narrowing the date range from February 1, 2021 through April 8, 2021, to March 1, 2021 through April 8, 2021; and (b) eliminating four of the fourteen custodians—Sung Kim, G. Kathleen Hill, Atul Keshap, and Jung H. Pak.

    e. Plaintiff has agreed that the following categories of documents shall be deemed nonresponsive to the request: (1) daily press compilations of news clippings (e.g., State Department News Clips, Morning Twitter Roundup); (2) newsletters/compilations of news clippings from non-USG sources (e.g., Coronavirus Daily Brief, National Security News and Commentary); and (3) Department press releases/press briefings (final versions that are being publicly released).

* * *

10. The parties propose to file another status report on or before September 18, 2023. The parties continue to confer regarding potential proposals for narrowing the scope. The parties will report to the Court their positions on the processing rate, if needed, following discussions on narrowing the scope of the FOIA request.

| | |
|---|---|
| Dated: August 4, 2023<br>       Washington, DC<br><br>/s/ *Jeremiah Morgan*<br>Jeremiah Lee Morgan<br>D.C. Bar No. 1012943<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>Fax: (703) 356-5085<br>Email: jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Christina O'Tousa*<br>    Christina O'Tousa<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2437<br>    christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |