UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 21-1662 (CRC) |

## JOINT STATUS REPORT

Plaintiff, Citizens United, and Defendant, the United States Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's minute order dated September 21, 2023.

1.  This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

2.  Since the last joint status report on September 18, 2023, the Department has issued an additional production on October 24, 2023, which consisted of ten additional responsive records released in part. The foregoing satisfied the Department's processing rate commitment.

3.  The Department advises that 305 potentially responsive unclassified records remain outstanding, which consist of approximately 3,452 pages of potentially responsive material.

4.  The parties' agreement in paragraph 8(d) has allowed the Department to narrow the scope of the request as to the classified records. The Department has identified 605 potentially

responsive classified records, which consist of approximately 4,894 pages of potentially responsive material.

5.  The parties conferred regarding an additional narrowing proposal, and the parties agree to continue discussing further narrowing.

6.  The Department currently anticipates making its next production on December 5, 2023.

**Prior Agreements**

7.  The Department will continue to make rolling productions every six weeks until processing is complete with a good faith effort to process 450 pages per production cycle. With respect to Plaintiff's request that the Department provide the exact number of pages processed each production cycle, as a means of providing further transparency concerning the Department's satisfaction of its good faith effort to process an average of 450 pages every six weeks, the Department has agreed to report the number of potentially responsive records and approximate number of pages processed during each production cycle in its production letters going forward.

8.  The parties have conferred about narrowing the scope of the FOIA request and reached the following agreements:

    a.  Plaintiff has agreed that records that do not relate to the origins of Covid-19 shall be deemed nonresponsive to the request.

    b.  Plaintiff has agreed that publicly available records shall be deemed nonresponsive to the request.

    c.  The parties have agreed that records from the month of February 2021 shall be deemed nonresponsive to the request. Documents that appear undated are

    treated as falling within the updated date range for the request (i.e., March 1, 2021 to April 8, 2021).

d. With respect to the classified records, the parties agree to narrow the scope of the request as follows: (a) eliminating the month of February 2021, by narrowing the date range from February 1, 2021 through April 8, 2021, to March 1, 2021 through April 8, 2021; and (b) eliminating four of the fourteen custodians—Sung Kim, G. Kathleen Hill, Atul Keshap, and Jung H. Pak.

e. Plaintiff has agreed that the following categories of documents shall be deemed nonresponsive to the request: (1) daily press compilations of news clippings (e.g., State Department News Clips, Morning Twitter Roundup); (2) newsletters/compilations of news clippings from non-USG sources (e.g., Coronavirus Daily Brief, National Security News and Commentary); and (3) Department press releases/press briefings (final versions that are being publicly released).

*   *   *

9. The parties propose to file another status report on or before January 16, 2024. The parties continue to confer regarding potential proposals for narrowing the scope.

| | |
|---|---|
| Dated: November 17, 2023<br>Washington, DC | Respectfully submitted, |
| /s/ *Jeremiah Morgan*<br>Jeremiah Lee Morgan<br>D.C. Bar No. 1012943<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>Fax: (703) 356-5085<br>Email: jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Christina O'Tousa*<br>    Christina O'Tousa<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-2437<br>    christina.o'tousa@usdoj.gov<br><br>*Attorneys for the United States of America* |