UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 21-1662 (CRC) |

**JOINT STATUS REPORT**

      Plaintiff, Citizens United, and Defendant, the United States Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's minute order dated January 18, 2024.

      1.      This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

      2.      Since the last joint status report on January 16, 2024, the Department issued an additional production on February 27, 2024, which consisted of 14 additional responsive records, all of which were released in part. The foregoing satisfied the Department's processing rate commitment.

      3.      The Department advises that 113 potentially responsive unclassified records remain outstanding, which consist of approximately 1,114 pages of potentially responsive material.

      4.      As previously reported, the parties' agreement in paragraph 8(d) has allowed the Department to narrow the scope of the request as to the classified records. By narrowing the date

range to March 1, 2021, through April 8, 2021, the Department identified 605 potentially responsive classified records, which consist of approximately 4,894 pages of potentially responsive material. The parties' agreement in paragraph 8(e) has allowed the Department to further narrow the scope of the classified records to approximately 60 potentially responsive records, which consist of approximately 500 pages of potentially responsive material.

5. The Department is continuing to review and process potentially responsive records as described below.

6. The Department currently anticipates making its next production on April 9, 2024.

### **Prior Agreements**

7. The Department will continue to make rolling productions every six weeks until processing is complete with a good faith effort to process 450 pages per production cycle. With respect to Plaintiff's request that the Department provide the exact number of pages processed each production cycle, as a means of providing further transparency concerning the Department's satisfaction of its good faith effort to process an average of 450 pages every six weeks, the Department has agreed to report the number of potentially responsive records and approximate number of pages processed during each production cycle in its production letters going forward.

8. The parties have conferred about narrowing the scope of the FOIA request and reached the following agreements:

   a. Plaintiff has agreed that records that do not relate to the origins of Covid-19 shall be deemed nonresponsive to the request.

   b. Plaintiff has agreed that publicly available records shall be deemed nonresponsive to the request.

c. The parties have agreed that records from the month of February 2021 shall be deemed nonresponsive to the request. Documents that appear undated are treated as falling within the updated date range for the request (i.e., March 1, 2021 to April 8, 2021).

d. With respect to the classified records, the parties have agreed to narrow the scope of the request as follows: (a) eliminating the month of February 2021, by narrowing the date range from February 1, 2021 through April 8, 2021, to March 1, 2021 through April 8, 2021; and (b) eliminating four of the fourteen custodians—Sung Kim, G. Kathleen Hill, Atul Keshap, and Jung H. Pak.

e. Plaintiff has agreed that the following categories of documents shall be deemed nonresponsive to the request: (1) daily press compilations of news clippings (e.g., State Department News Clips, Morning Twitter Roundup); (2) newsletters/compilations of news clippings from non-USG sources (e.g., Coronavirus Daily Brief, National Security News and Commentary); and (3) Department press releases/press briefings (final versions that are being publicly released).

*   *   *

9. The parties propose to file another status report on or before July 2, 2024, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: April 3, 2024<br>Washington, DC | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar #481052 |
| /s/ *Jeremiah Morgan* | United States Attorney |
| Jeremiah Lee Morgan | |
| D.C. Bar No. 1012943 | BRIAN P. HUDAK |
| WILLIAM J. OLSON, P.C. | Chief, Civil Division |
| 370 Maple Avenue West | |
| Suite 4 | |
| Vienna, VA 22180 | By: /s/ *Christina O'Tousa* |
| (703) 356-5070 | CHRISTINA O'TOUSA, D.C. Bar #241667 |
| Fax: (703) 356-5085 | Assistant United States Attorney |
| Email: jmorgan@lawandfreedom.com | 601 D Street, NW |
| | Washington, DC 20530 |
| *Counsel for Plaintiff* | (202) 252-2437 |
| | christina.o'tousa@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

4