UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

        Plaintiff,

    v.

DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 21-1662 (CRC)

**JOINT STATUS REPORT**

       Plaintiff, Citizens United, and Defendant, the United States Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's minute order dated April 9, 2025.

       1.     This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

       2.     On April 22, 2025, the Department issued a production to Plaintiff that consisted of five (5) responsive records, all of which were released in part. On June 3, 2025, the Department reviewed six (6) additional responsive records, four (4) of which it processed and released in part and two (2) of which it withheld in full subject to applicable FOIA exemptions. The Department currently anticipates making its next production to Plaintiff by July 15, 2025. After the June 3, 2025, production, the Department advises that there are:

          a.  One (1) potentially responsive unclassified record outstanding, consisting of approximately 38 pages of potentially responsive material; and

   b.   Fourteen (14) potentially responsive classified records outstanding, consisting

       of approximately 200 pages of potentially responsive material. These figures

       include documents returned to the Department from an external agency that had

       previously been marked for direct reply.

3.     The Department is continuing to review and process potentially responsive records

as described below and estimates that it will complete processing by August 31, 2025. This

timeframe accounts for time required to engage in consultations with external agencies.

<strong><u>Prior Agreements</u></strong>

4.     No additional agreements have been reached beyond those reported in the April 8,

2025, Joint Status Report.

5.     The parties propose to file another status report on or before October 8, 2025, to

update the Court on the status of the FOIA request.

Dated: July 7, 2025                              Respectfully submitted,
        Washington, DC
                                                 JEANINE FERRIS PIRRO
_/s/ *Jeremiah Morgan*_____                     United States Attorney
Jeremiah Lee Morgan
D.C. Bar No. 1012943
WILLIAM J. OLSON, P.C.                            By: /s/ *Heather Graham-Oliver*_____
370 Maple Avenue West                               HEATHER GRAHAM-OLIVER
Suite 4                                              Assistant United States Attorney
Vienna, VA 22180                                     601 D Street, NW
(703) 356-5070                                       Washington, DC 20530
Fax: (703) 356-5085                                  (202) 252-2520
Email: jmorgan@lawandfreedom.com                     Heather.graham-oliver@usdoj.gov

*Counsel for Plaintiff*                           *Attorneys for the United States of America*