UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Civil Action No. 21-1662 (CRC) |

**JOINT STATUS REPORT**

　　　Plaintiff, Citizens United, and Defendant, the United States Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's minute order dated July 8, 2025.

　　　1.　　This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

　　　2.　　On July 8, 2025, the Court ordered the parties to file a joint status report by October 8, 2025. Per Standing Order 25-59 (JEB), that deadline was automatically extended to December 1, 2025, due to the lapse in appropriations.

　　　3.　　On August 26, 2025, the Department issued its final production to Plaintiff, releasing in part one additional responsive record consisting of two pages and withholding certain information based on applicable FOIA exemptions, and notified Plaintiff by letter that its response was completed.

4. On September 9, 2025, undersigned counsel for Defendant undertook responsibility for this case and filed a Notice of Substitution of Counsel.

5. Plaintiff is currently reviewing Defendant's production and determining next steps. The parties therefore propose to file another status report on or before February 27, 2026, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: December 1, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| /s/ *Jeremiah Morgan*<br>Jeremiah Lee Morgan<br>D.C. Bar No. 1012943<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West<br>Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>Fax: (703) 356-5085<br>Email: jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By: /s/ *David S. Bettwy*<br>DAVID S. BETTWY, D.C. Bar #155148<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2410<br>David.Bettwy@usdoj.gov<br><br>*Attorneys for the United States of America* |