UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 21-1662 (CRC) |

# JOINT STATUS REPORT

Plaintiff, Citizens United, and Defendant, the Department of State, by undersigned counsel, respectfully submit this joint status report pursuant to the Court's Minute Order dated July 1, 2026.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on June 21, 2021, and the Department of State timely answered on August 5, 2021. The case concerns a FOIA request from Plaintiff to the Department of State seeking records regarding the origins of COVID-19.

2. On July 29, 2026, the parties agreed to a settlement in principle. The parties are completing the necessary paperwork and intend to file a stipulation of dismissal shortly.

3. The parties therefore propose that the Court set another joint status report deadline on August 28, 2026. The parties anticipate filing a stipulation of dismissal before that date.

* * *

Dated: July 31, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ David S. Bettwy</u>*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

*<u>/s/ Jeremiah Morgan</u>*
Jeremiah Lee Morgan
D.C. Bar No. 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
Fax: (703) 356-5085
Email: jmorgan@lawandfreedom.com

*Counsel for Plaintiff*